No. 6:06cr118-DCR

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## LONDON

Eastern District of Kentucky
FILED
OCT 23 2006
At Ashland
LESLIE G. WHITMER
Clerk, U.S. District Court

## THE UNITED STATES OF AMERICA
### v.
## CHARLES ROCHON

## INDICTMENT

Title 18 U.S.C. § 2252(a)(2) - Distribution of Child Pornography - 7 counts
Title 18 U.S.C. § 2252(a)(4)(B) - Possession of Child Pornograpy - 1 count

A TRUE BILL

_[signature]_

FOREPERSON

Filed in Open Court on October 23, 2006

_____
CLERK

Bail, $ _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON

UNITED STATES OF AMERICA

V.  INDICTMENT NO. _____

CHARLES MICHAEL ROCHON

\* \* \* \* \*

THE GRAND JURY CHARGES:

## COUNTS 1 - 7
## 18 U.S.C. § 2252(a)(2)

On or about December 8, 2005, and continuing through on or about April 29, 2006, in Bell County, in the Eastern District of Kentucky, and elsewhere,

**CHARLES MICHAEL ROCHON**

did knowingly distribute visual depictions, as listed below, that had been mailed, and had been shipped and transported in interstate and foreign commerce, and which contained materials which had been mailed, and so shipped and transported, by any means, including by computer, the production of such visual depictions having involved the use of a minor engaged in sexually explicit conduct, and which visual depictions were of such conduct:

| COUNT | FILE NAME<br>DATE | DESCRIPTION |
|---|---|---|
| 1 | BlackeyePeas.wmv<br>12/08/2005<br>8:20 AM | A 6 minute and 42 second Windows media video of an adult male engaged in various acts of sexually explicit conduct with a minor female. |
| 2 | (PTHC) 10Yo Ann Holiday - B&C Holiday.avi<br>03/19/2006<br>9:33 AM | A 2 minute and 41 second avi video clip of an adult male attempting to engage in digital-genital intercourse with a minor female. |
| 3 | JANESSA 8Y1.avi and JANESSA 8Y2.avi<br>03/22/2006<br>11:36 AM | A 1 minute and 42 second and a 1 minute and 13 second avi video clip of a minor female engaged in oral-genital intercourse with an adult male. |
| 4 | Latin-priv<br>03/24/2006<br>8:33 PM | A series of 12 mpeg video clips totaling 11 minutes and 24 seconds of an adult male engaged in various acts of sexually explicit conduct with a minor female. |
| 5 | Beauty03 3 yo<br>04/27/06<br>10:45 AM | A 2 minute and 34 second avi video clip of an adult male engaged in various acts of sexually explicit conduct with a minor female. |
| 6 | Beauty 3 y.o. in bed<br>04/27/2006<br>4:23 PM | A 7 minute and 7 second avi video clip of an adult male engaged in various acts of sexually explicit conduct with a minor female. |
| 7 | NEW-pthc-Amber 7yr old pedo-Preview.wmv<br>04/29/2006<br>11:48:14PM | A 11 minute and 21 second Windows media video of an adult male engaged in various acts of sexually explicit conduct with a minor female. |

Each in violation of 18 U.S.C. § 2252(a)(2).

## COUNT 8
## 18 U.S.C. § 2252(a)(4)(B)

On or about April 29, 2006, in Bell County, in the Eastern District of Kentucky,

**CHARLES MICHAEL ROCHON**

did knowingly possess one or more matters, that is, electronic storage media, which contained visual depictions that had been mailed, and had been shipped and transported in interstate and foreign commerce, and which were produced using materials which had been mailed and so shipped and transported, by any means, including by computer, the production of which involved the use of a minor engaging in sexually explicit conduct, and which visual depictions were of such conduct, all in violation of 18 U.S.C. § 2252(a)(4)(B).

                                              **A TRUE BILL**

                                              **FOREPERSON**

for R. Michael Murphy, Criminal Chief
**AMUL R. THAPAR**
**UNITED STATES ATTORNEY**

## **PENALTIES**

**COUNTS 1 - 7:**   Not less than 5 years nor more than 20 years imprisonment, not more than $250,000 fine, and supervised release for any term of years or life.

**IF PRIOR QUALIFYING OFFENSE:**
Not less than 15 years nor more than 40 years imprisonment, not more than $250,000 fine, and supervised release for any term of years or life.

**COUNT 8:**   Not more than 10 years imprisonment, not more than $250,000 fine, and supervised release for any term of years or life.

**IF PRIOR QUALIFYING OFFENSE:**
Not less than 10 years nor more than 20 year imprisonment, not more than $250,000 fine, and supervised release for any term of years or life.

**PLUS:**   Mandatory special assessment of $100 per felony count.

**PLUS:**   Restitution, if applicable.

4