**United States Court of Appeals for the Sixth Circuit**
540 Potter Stewart U.S. Courthouse Building
100 East Fifth Street
Cincinnati, Ohio 45202-3988

**FILED**
JUL 3 1 2007
**LEONARD GREEN, Clerk**

**Leonard Green**
**Clerk**

Ken Loomis
(513) 564-7067

July 31, 2007

Geoffrey W. Pittman, Esq.
114 E. Eighth Street
The Citadel Building
Cincinnati, Ohio 45202

Eastern District of Kentucky
**FILED**

AUG 0 2 2007

AT LONDON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

Re:  07-5429
     USA v. Rochon
     District Court No.:  06-00118

Dear Mr. Pittman:

Thank you for accepting the court's appointment to represent the appellant in the above-styled case; the court appreciates your undertaking to provide the representation afforded by the Criminal Justice Act, 18 U.S.C. § 3006A, et seq. This appeal is taken from a judgment entered by United States District Court Danny C. Reeves of the Eastern District of Kentucky at London. Trial attorney Brandon J. Storm of London, Kentucky, having been granted leave to withdraw from the appellate proceedings, your appointment is made pursuant to the terms of the Act.

Upon the completion and filing of the certified record of district court proceedings, this office will issue a schedule for the filing of the parties' briefs and joint appendix and will so advise counsel. In order for the record to be completed, it will be necessary for you to order whatever transcript of proceedings that you may require. To that end I have enclosed a copy of the listing of district court docket entries. Please examine the list, determine which proceedings are to be transcribed and use the enclosed Form 6CA-30 to place your order with Court Reporters **Jessica Johnson**, Patty Tipton's Court Reporters, 256 Midland Trail, P.O. Box 1266, , Mt. Sterling, Kentucky 40353, telephone (859) 498-0133, **June St. John**, Patty Tipton's Court Reporters, 256 Midland Trail, P.O. Box 1266, , Mt. Sterling, Kentucky 40353, telephone (859) 498-0133, and **Cynthia Oakes Hutchinson**, United States District Court, P.O. Box 5121, London, Kentucky 40745, telephone (859) 983-4346. The cost of producing the transcript will be borne by the government under the Criminal Justice Act. If you have any problems involving the transcript, please contact this office's Transcript Coordinator, Beverly Harris at (513) 564-7077.

An appearance form and transcript order form must be received in the Clerk's Office within 14 days from the date of this letter. These forms may be downloaded from the court's website which is: **www.ca6.uscourts.gov**. Any questions you may have concerning the progress of the appeal may be addressed to this office to the attention of Linda Niesen, Case Manager, (513) 564-7038.

One final cautionary note is in order. There are companies which claim expertise in federal criminal and post-conviction law and which aggressively market their services directly to inmates. Their marketing

materials promise litigants that they may hire these companies, using private funds, to assist court-appointed counsel in developing their appellate strategy and preparing motions and briefs for the court of appeals. **THESE REPRESENTATIONS ARE MISLEADING AND CAN RAISE SERIOUS ISSUES FOR COURT-APPOINTED COUNSEL AS WELL AS THE LITIGANT.** If a litigant has private funds available, whether from family or otherwise, to hire a research company, his or her entitlement to the services of counsel or the provision of transcript at government expense is placed in jeopardy. If appointed counsel assists a client in misrepresenting indigency to the court, or knowingly allows such a misrepresentation to occur, he or she is likely to have violated one or more provisions of the Code of Professional Responsibility. If you should become aware that your client has financial resources not previously disclosed to the court, you should contact the Clerk or Chief Deputy Clerk immediately for guidance.

Very truly yours,

Kenneth A. Loomis
Administrative Deputy

Enclosures

cc:

    Charles M. Rochon
    USM No.:    11149-032
    United States Penitentiary - Atlanta
    P.O. Box 150160
    Atlanta, Georgia    30315

    Erin J. May, Esq.
    Office of the U.S. Attorney
    260 West Vine Street
    Suite 300
    Lexington, Kentucky    40507-1671

    Clerk, U.S. District Court