# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 07-5429

_____

Filed: April 20, 2009

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

CHARLES M. ROCHON,

    Defendant - Appellant

## MANDATE

  Pursuant to the court's disposition that was filed 03/27/2009 the mandate for this case hereby issues today.

COSTS: NONE