# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Leonard Green<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: April 20, 2009

Mr. Leslie G. Whitmer
Eastern District of Kentucky at London
P.O. Box 5121
London, KY 40745-5121

    Re: Case No. 07-5429, *USA v. Rochon*
       Originating Case No. : 06-00118

Dear Clerk:

 Enclosed is a copy of the mandate filed in this case.

               Sincerely yours,

               s/Kathryn Kasner
               Case Manager
               Direct Dial No. 513-564-7014
               Fax No. 513-564-7096

cc: Mr. John Patrick Grant
   Mr. Geoffrey Wayne Pittman
   Mr. Charles P. Wisdom Jr.

Enclosure