UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | Criminal Action No. 6: 06-118-DCR |
| V. | ) | |
| CHARLES MICHAEL ROCHON, | ) | **ORDER** |
| Defendant. | ) | |

\*\*\*  \*\*\*  \*\*\*  \*\*\*

Being sufficiently advised, it is hereby,

**ORDERED** that the Clerk of the Court is directed to file the June 2, 2020, Inmate Death Notification received from Justin F. Andrews, Warden of the Federal Correctional Complex, Petersburg, Virginia, in the record of this proceeding.

Dated: June 3, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky