**U.S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

Office of the Warden

P.O. Box 90026
Petersburg, Virginia 23804

June 2, 2020

Chief Justice Danny C. Reeves
United States District Court
310 South Main Street
London, Kentucky 40741

RE: Charles Michael Rochon
REGISTER NUMBER: 11149-032
DOCKET NUMBER: 6:06-CR-118-01-DCR

Dear Judge Reeves:

I regret to inform you that Charles Michael Rochon, who was confined at the Federal Correctional Complex (FCC), Petersburg, Virginia, passed away on June 2, 2020.

Mr. Rochon arrived at FCC Petersburg on August 2, 2007. He was sentenced on April 9, 2007, in the Eastern District of Kentucky. He is serving a Sentence of 240 Months with Life Supervision for Distribution of Child Pornography, and Possession of Child Pornography.

On June 2, 2020 at approximately 6:02 AM, Mr. Rochon was lying on his bed and was unresponsive. Staff were unable to retrieve a pulse and CPR was initiated. He was immediately transported to the institutional hospital for further treatment. At approximately 6:17 AM, Mr. Rochon went into probable cardiac arrest and was pronounced dead by medical staff. Mr. Rochon's body has been sent to the Virginia Medical Examiner's Office in Richmond, Virginia for an autopsy to be performed.

A letter has been forwarded to Mr. Rochon's family conveying sincere condolences on behalf of the Federal Bureau of Prisons. Please do not hesitate to contact me if you have any concerns regarding this matter.

Sincerely,

Justin F. Andrews
Complex Warden

cc: Darrin Harmon, Mid-Atlantic Regional Director
    Rozel Hollingsworth, Chief Probation Officer
    Robert M. Duncan Jr., United States Attorney

\*\* INBOUND NOTIFICATION : FAX RECEIVED SUCCESSFULLY \*\*

| TIME RECEIVED | REMOTE CSID | DURATION | PAGES | STATUS |
|---|---|---|---|---|
| June 2, 2020 at 11:01:33 AM EDT | 8048631582 | 75 | 2 | Received |

Case: 6:06-cr-00118-DCR   Doc #: 48   Filed: 06/03/20   Page: 2 of 2 - Page ID#: 178

06/02/2020  10:55     8048631582              LEE HALL UNIT TEAM                PAGE  01/02

**Federal Correctional Institution**
**P. O. Box 90026**
**Petersburg, VA 23804**
**Phone: 804/733-7881**
**Fax: 804/863-1582**

## FAX COVER SHEET

DATE:        June 2, 2020

REPLY TO
ATTN OF:    Jennifer Vukelich

TO:          Chief Justice Danny C. Reeves, US District Court

FAX:         (606)877-7915

SUBJECT:    Inmate Rochon, Charles #11149-032
            **Inmate Death Notification**

\*\*Should you have problems with this fax, please call (804) 733-7881 ext.4295

**CONFIDENTIALITY NOTICE**

The information transmitted in this telefax may contain legally privileged information belonging to the sender. This telefax transmission of privileged information is intended to be used only by the person or agency noted above.

If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the information contained in this telefax is strictly prohibited.

If you have received this telefax in error, please notify the sender immediately. Your concern and attention is greatly appreciated.