Eastern District of Kentucky
**F I L E D**
Jun - 13 2018
Robert R. Carr
Clerk, U.S. District Court

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
General Order 18-8

| | | |
|---|---|---|
| In re: Criminal Cases Referred to Judge Wier as Magistrate Judge | ) ) ) ) | ORDER |

\*\*\* \*\*\* \*\*\*

The Court, on its own motion, and to reflect the current status, rescinds the referrals to the undersigned on all referred criminal cases. The presiding District Judge may enter a substitute referral, or issue other appropriate Orders, in his or her discretion. The Clerk shall docket this Order in all appropriate cases.

This the 13th day of June, 2018.

Signed By:
*Robert E. Wier* /s/ REW
United States District Judge